## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOHN DELLAQUILA | : | Case No. 13-19886-ref |
| ANNA HALINA DELLAQUILA | : | |
| Debtors | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN**

AND NOW, this 16th day of September, 2015, Zachary Zawarski, Esquire, Attorney for Debtors, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On August 25, 2016, he filed an Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13, as Attorney for the Debtors.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on August 25, 2016.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtors, request this Honorable Court enter the Order which was attached to the Application.

THE LAW OFFICE OF ZACHARY ZAWARSKI

Date: September 16, 2016    By: */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
Counsel for Debtors
Pa. ID #308348
1441 Linden Street
Bethlehem, PA 18018
Phone: (610) 417-6345
Fax: (610) 974-9749
zzawarski@zawarskilaw.com