# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOHN DELLAQUILA | : | |
| ANNA HALINA DELLAQUILA | : | Bankruptcy No. 13-19886-ref |
| Debtors | : | |

## ORDER APPROVING SUPPLEMENTAL COMPENSATION
## TO COUNSEL FOR DEBTORS

AND NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016-2(b), for compensation for services performed after Confirmation of Debtors' Chapter 13 Plan, and in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Zachary Zawarski, Esquire, in the amount of FOUR HUNDRED and xx/100 Dollars ($400.00), and expenses charged by counsel for the Debtors, Zachary Zawarski, Esquire, in the amount of EIGHTY-NINE and 10/100 Dollars ($89.10) is hereby approved.

BY THE COURT:

**Date: September 19, 2016**

RICHARD E. FEHLING
BANKRUPTCY JUDGE