United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peter John Dellaquila  
Anna Halina Dellaquila  
    Debtors

Case No. 13-19886-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: Sep 19, 2016  
               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.  
db/jdb       +Peter John Dellaquila,  Anna Halina Dellaquila,  20 Corn Crib Court,  Easton, PA 18040-7861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         ZACHARY   ZAWARSKI    on behalf of Joint Debtor Anna Halina Dellaquila zzawarski@zawarskilaw.com  
         ZACHARY   ZAWARSKI    on behalf of Debtor Peter John Dellaquila zzawarski@zawarskilaw.com  
                                                                      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PETER JOHN DELLAQUILA | : | |
| ANNA HALINA DELLAQUILA | : | Bankruptcy No. 13-19886-ref |
| Debtors | : | |

## ORDER APPROVING SUPPLEMENTAL COMPENSATION
## TO COUNSEL FOR DEBTORS

AND NOW, upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016-2(b), for compensation for services performed after Confirmation of Debtors' Chapter 13 Plan, and in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by the counsel for the Debtors, Zachary Zawarski, Esquire, in the amount of FOUR HUNDRED and xx/100 Dollars ($400.00), and expenses charged by counsel for the Debtors, Zachary Zawarski, Esquire, in the amount of EIGHTY-NINE and 10/100 Dollars ($89.10) is hereby approved.

BY THE COURT:

**Date: September 19, 2016**

RICHARD E. FEHLING
BANKRUPTCY JUDGE