United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-19886-ref
Peter John Dellaquila                                               Chapter 13
Anna Halina Dellaquila
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 3          Date Rcvd: Mar 20, 2019
                              Form ID: 138NEW          Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
```
db/jdb         +Peter John Dellaquila,    Anna Halina Dellaquila,    20 Corn Crib Court,   Easton, PA 18040-7861
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +PRA Receivables Management, LLC,    PO Box 14067,   Norfolk, VA 23518-0067
13188251       +ABC Worldwide Stone,    Attn: Craig Weiner (CFO),    234 Banker St.,   New York, NY 11222-2873
13188252      ++ACCOUNT CONTROL TECHNOLOGY,    21700 OXNARD STREET,    SUITE 1400,   WOODLAND HILLS CA 91367-3636
               (address filed with court: Account Control Technology, Inc.,     6918 Owensmouth Ave.,
                 Dept. 1107972-NTC2,    Canoga Park, CA 91309-80132)
13225782       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13188253       +Accounts Recovery Bureau, Inc.,    P.O. Box 41309,   Dept. 310,   Nashville, TN 37204-1309
13188255        Ally Financial,    Attn: Bankruptcy Dept.,   P.O. Box 55438-0902,    Bloomington, MN 55438-0902
13188256      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
13188260      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank, N.A.,    Attn: Bankruptcy Dept.,   P.O. Box 20507,
                 Kansas City, MO 64195)
13188262       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
13188264       +DSNB/Macy's,    9111 Duke Blvd.,   Mason, OH 45040-8999
13188263       +Deiter Bros. Heating Cooling Energy,    1226 Stefko Blvd.,   Bethlehem, PA 18017-6624
13239281       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13188265        Easton Hospital,    Central Business Office,   1605 Valley Center Pkwy. Suite 200,
                 Bethlehem, PA 18017-2345
13188266        Easton Hospital,    PO Box 503786,   St. Louis, MO 63150-0001
13188267       +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherts, NY 14228-3609
13188268        Flushing Medical Center,    45th Avenue at Parsons Blvd.,    Flushing, NY 11355
13188271       +Home Depot,    P.O. Box 790393,   St. Louis, MO 63179-0393
13188272        Immediate Credit Recovery, Inc.,    P.O. Box 1900,   Wappingers Falls, NY 12590-8900
13188273       +Integrity Solution Services, Inc.,    4370 W. 109th Street, Suite 100,
                 Overland Park, KS 66211-1316
13838877       +JP Morgan Chase Bank, N.A.,    KML Law Group, P.C.,    701 Market Street,Ste 5000,
                 Philadelphia, PA 19106-1541
13188274        JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   Columbus, OH 43219-6009
13479888       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7142,    Columbus, OH 43219-6009
13876023       +JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
13188276       +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                 Philadelphia, PA 19106-1538
13188277       +Lehigh Valley Health Network,    P.O. Box 4120,   Allentown, PA 18105-4120
13188278        Lehigh Valley Physician Group,    P.O. Box 1754,   Allentown, PA 18105-1754
13188279       +Linebarger Goggan Blair & Sampson, LLP,    900 Arion Parkway, Suite 104,
                 San Antonio, TX 78216-2872
13188281       +Macy's,    Attn: Bankruptcy Processing,    P.O. Box 8053,   Mason, OH 45040-8053
13284534       +Monroe County, FL,    c/o Municipal Services Bureau,    8325 Tuscany Way Blvd Bldg 4,
                 Austin TX 78754-4734
13188283        Municipal Services Bureau,    P.O. Box 16755,   Austin, TX 78761-6755
13188286       +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
13188289       +NYC Dept. of Finance,    Attn: Parking Violations/Collections,    Church Street Station,
                 P.O. Box 3600,   New York, NY 10008-3600
13188285       +Nationwide Credit, Inc.,    4700 Vestal Parkway East,    Vestal, NY 13850-3770
13256264       +New York City Department of Finance,    City of New York,    59 Maiden Lane, 24th Floor,
                 New York NY 10038-4648
13526037        New York State Department of Taxation and Finance,    Bankruptcy Section,   PO Box 5300,
                 Albany NY 12205-0300
13188290        Pain Management Physicians, PLLC,    Robert Slepy, M.D.,    P.O. Box 270,
                 Massapequa Park, NY 11762-0270
13188291       +Penn Credit,    916 S. 14th Street,   P.O. Box 988,    Harrisburg, PA 17108-0988
13188292        Pennsylvania Department of Revenue,    No Payment/No Refund,    2 Revenue Place,
                 Harrisburg, PA 17129-0002
13188294       +RCN,    2124 Avenue C,   Bethlehem, PA 18017-2120
13188296       +Sterling Atlantic Law Group, PC,    1900 Campus Commons Drive, Suite 520,
                 Reston, VA 20191-1559
13188297       +United Collection Bureau, Inc.,    5620 Southwyck Blvd Suite 206,    Toledo, OH 43614-1501
13188298       #Universal Fidelity, LP,    P.O. Box 219785,   Houston, TX 77218-9785
13188301       +Wythe General District Court,    245 South 4th Street, Suite 205,    Wytheville, VA 24382-2548
```

```
District/off: 0313-4           User: Keith              Page 2 of 3                   Date Rcvd: Mar 20, 2019
                               Form ID: 138NEW          Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13188254          E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 02:25:37      Ally Financial,
                  Attn: Bankruptcy Dept.,    P.O. Box 380902,    Bloomington, MN 55438-0902
13201450          E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2019 02:25:37      Ally Financial,
                  P. O. Box 130424,    Roseville, MN 55113-0004
13260187          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 02:23:16
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK 73126-8941
13188257          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2019 02:23:16      CACH, LLC,
                  PO Box 10587,    Greenville SC 29603-0587
13188261          E-mail/Text: secbankruptcy@dallascityhall.com Mar 21 2019 02:25:40      City of Dallas,
                  Dallas Municipal Court,    2014 Main Street,    Dallas TX 75201
13253675          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 02:23:14
                  Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                  Charlotte, NC 28272-1083
13188259         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 02:23:26
                  Capital One Bank, N.A.,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
13188258         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 02:23:41
                  Capital One Bank, N.A.,    Attn: Bankruptcy Dept.,    P.O. Box 30285,
                  Salt Lake City, UT 84130-0285
13192054          E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:11      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13188269         +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:23      GECRB/Old Navy,
                  Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13188270         +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 02:23:39      GEMB/Walmart,
                  Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13188280         +E-mail/Text: ebn@ltdfin.com Mar 21 2019 02:25:46      LTD Financial Services, LP,
                  7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13188282         +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 02:26:07      Midland Credit Mgmt Inc,
                  8875 Aero Dr. Ste 2,    San Diego, CA 92123-2255
13188287         +E-mail/Text: egssupportservices@alorica.com Mar 21 2019 02:26:13
                  NCO Financial Systems, Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2308
13188284         +E-mail/Text: Bankruptcies@nragroup.com Mar 21 2019 02:26:48      National Recovery Agency,
                  2491Paxton Street,    Harrisburg, PA 17111-1036
13953358          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 02:23:25
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13195672          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:26:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
13191977          E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2019 02:23:14
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13188300         +E-mail/Text: BKRMailOps@weltman.com Mar 21 2019 02:26:11      Weltman Weinberg & Reis Co., LPA,
                  Michael J. Dougherty, Esq.,    325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13188302         +E-mail/Text: zzawarski@zawarskilaw.com Mar 21 2019 02:26:38      Zachary Zawarski, Esq.,
                  1441 Linden Street,    Bethlehem, PA 18018-2606
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*              CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
cr*              GE Capital Retail Bank,    c/o Recovery Management Systems Corporat,
                  25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13188275*        JPMorgan Chase Bank, N.A.,    3415 Vision Dr.,    Columbus, OH 43219-6009
13188288        ##+Nudelman, Klemm, and Golub,    425 Eagle Rock Ave., Ste. 403,    Roseland, NJ 07068-1787
13188293        ##+Petrol Heating Oil and Services,    520 Broadhollow Road,    Melville, NY 11747-3603
13188295        ##+Scherr & McClure, P.A.,    1064 Greenwood Blvd., Suite 328,    Lake Mary, FL 32746-5419
13188299        ##+Upstate Recovery LLC,    3220 Lawndale St.,    Endwell, NY 13760-3524
                                                                                     TOTALS: 0, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-4          User: Keith                Page 3 of 3                  Date Rcvd: Mar 20, 2019
                              Form ID: 138NEW            Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JP Morgan Chase Bank, N.A. bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JP Morgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY    ZAWARSKI    on behalf of Joint Debtor Anna Halina Dellaquila zzawarski@zawarskilaw.com
              ZACHARY    ZAWARSKI    on behalf of Debtor Peter John Dellaquila zzawarski@zawarskilaw.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Peter John Dellaquila and Anna Halina Dellaquila

        Debtor(s)                                    Bankruptcy No: 13−19886−ref

                                                 Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                  400 Washington Street
                                        Suite 300
                                      Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                                Timothy B. McGrath
                                                                Clerk of Court

Dated: 3/20/19

                                                                                                        72 − 71
                                                                                 Form 138_new